AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2026

SEAN F. McAVOY, CLERK

KANIEMA B
*Plaintiff*

v.

FRANK BISIGNANO,
Commissioner of Social Security
*Defendant*

Civil Action No. 2:25-CV-00234-JAG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ___ recover from the defendant *(name)* ___ the amount of ___ dollars ($ ___ ), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ___ recover costs from the plaintiff *(name)* ___ .

☑ other: Plaintiff's Motion for Summary Judgement, ECF No. 14, is GRANTED. The case is REMANDED for immediate calculation and award of benefits. Defendant's request to affirm, ECF No. 17, is DENIED.
Judgment in favor of Plaintiff.

This action was *(check one)*:

❒ tried by a jury with Judge ___ presiding, and the jury has rendered a verdict.

❒ tried by Judge ___ without a jury and the above decision was reached.

☑ decided by Judge JAMES A. GOEKE

Date: 9/28/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*